UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | |
|---|---|
| Christopher M. Wolpert<br>Clerk of Court | Jane K. Castro<br>Chief Deputy Clerk |

August 16, 2023

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**    22-1170, Boulter, et al v. Noble Energy, et al
         Dist/Ag docket: 1:21-CV-03500-RM-SKC

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's July 25, 2023 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:    George Barton
       Stacy Ann Burrows
       James Robert Henderson
       Anthony N. Kaim
       Jonathan William Rauchway
       Barrett Reasoner
       Carlos Romo

Shannon Nicole Smith
Ezekiel J. Williams

CMW/jm